PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00190-TLN-JDP |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $317,962.00 IN U.S. CURRENCY, | |
| APPROXIMATELY 4.24975436 IN BITCOIN, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Gal Yifrach ("claimant"), by and through their respective counsel, as follows:

1. On or about May 7, 2021, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation ("FBI") with respect to the Approximately $317,962.00 in U.S. Currency and Approximately 4.24975436 in Bitcoin (hereafter "defendant assets"), which were seized on February 4, 2021.

2. The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is February August 5, 2021.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 24, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to September 24, 2021.

Dated:   08/04/21                              PHILLIP A. TALBERT
                                               Acting United States Attorney

                                        By:    /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant United States Attorney


Dated:   08/04/21                              /s/ Stephen J. Fisch
                                               STEPHEN J. FISCH
                                               Attorney for potential claimant
                                               Gal Yifrach
                                               (Signature authorized by phone)


**IT IS SO ORDERED**.

Dated: August 4, 2021

_____
Troy L. Nunley
United States District Judge