PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-MC-00190-TLN-JDP |
|---|---|
| Plaintiff, | NOTICE OF ELECTION |
| v. | |
| APPROXIMATELY $317,962.00 IN U.S. CURRENCY, | |
| APPROXIMATELY 4.24975436 IN BITCOIN, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the United States has added the Approximately $317,962.00 in U.S. Currency and the Approximately 4.24975436 in Bitcoin to Criminal Case No. 2:22-CR-00046-TLN. Accordingly, this miscellaneous case may be closed.

Dated:  3/10/2022           PHILLIP A. TALBERT
                            United States Attorney

                    By:     /s/ Kevin C. Khasigian
                            KEVIN C. KHASIGIAN
                            Assistant U.S. Attorney

1